IN THE UNITED STATES DISTRICT COURT
FOR THE **Middle** DISTRICT OF **PENNSYLVANIA**
_____ DIVISION

*(Write the District and Division, if any, of the
court in which the complaint is filed.)*

---

**Ernesto José Chávez Rodríguez
Reg No. 67221-079**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against- **See Attach**
**United States Bureau of Prisons,
Allenwood United States Penitentiary
Health Services/Medical Dept.**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. **16-2531**
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

**FILED
SCRANTON**

DEC 2 2 2016

Per_____
          DEPUTY CLERK

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

Defendants Attach.

Mr. L.J. Oddo warden at Allenwood US Penitentiary

Mr. Magyar M. Health services Administrator Allenwood US Penitentiary

Mr. Potope   Health services Director Allenwood US Penitentiary

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name   Ernesto José Chávez Rodríguez
   All other names by which you have been known:
   José Ernesto Chávez Rodríguez

   ID Number   67221079
   Current Institution   Allenwood US Penitentiary
   Address   P.O. Box 3000
   White Deer, PA 17887

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name   Mr. L.J. Oddo
   Job or Title (if known)   Warden at Allenwood US Penitentiary
   Shield Number
   Employer   Federal Bureau of Prisons, Allenwood Penitentiary
   Address   PO Box 3500
   White Deer, PA 17887

   ☐ Individual capacity   ☑ Official capacity

   Defendant No. 2
   Name   Mr. Magyar M.
   Health Services Director

2

Job or Title (if known): Health and Medical services ~~[crossed out]~~ AT Allenwood US Penitentiary

Shield Number:

Employer: ~~F~~ederal Bureau of Prisons Allenwood Penit.

Address: PO Box 3500 White Deer, PA 17887

☐ Individual capacity     ☑ Official capacity

Defendant No. 3

Name: ~~[crossed out]~~ Mr. Potope

Job or Title (if known): Health services / ~~[crossed out]~~ Medical services AT Allenwood US Penitentiary

Shield Number:

Employer: ~~Federal Bureau of Prison~~ Allenwood United States Penitentiary

Address: PO Box 3500 White Deer, PA 17887

☐ Individual capacity     ☑ Official capacity

Defendant No. 4

Name: ~~[crossed out]~~

Job or Title (if known): ~~[crossed out]~~

Shield Number:

Employer: ~~[crossed out]~~

Address: ~~[crossed out]~~

☐ Individual capacity     ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Failure to obtain a Fair Medical Services, Medical Services Negligence.*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*The Right to obtain Fair Medical Services, Post operation Medical Care, Equal services and Treatment as other Prisoners, Medical Negligence.*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*N/A*

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☐     Convicted and sentenced state prisoner

☑     Convicted and sentenced federal prisoner

☐     Other *(explain)* _____

**IV.**    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

While in prison I received cirgury for Carpal Tunnel on Nov-4-2016 and only 4 days I got pain Medication while never after or during that time was seen, instructed or Care for my wound until Nov-21-2016 By P.A Craig. who Removed stitches but never gave me any Instructions or Meds

C.    What date and approximate time did the events giving rise to your claim(s) occur?

From Nov-4-2016 at 3:00 pm all the way to this current date of Dec 16th 2016 I have never been seen for post Cirgury Treatment, given or Receive Medication

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I received Cirgury on Nov 4-2016 and at my arrival at the Institution the officers who scorted me delivered all After Care Instructions to Medical services, but

5

I never got seen for my pain and suffering as well as extremely swollen area of my hand fingers for almost 17 days and after receiving the stitches removal I have never seen any medical officer to instruct me or care for my cirgury after the Nov-4-2016

## V. Injuries
or neither did I receive medications for pain and swelling.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had a wound for the cirgury on my palm due to Carpal tunnel cirgury and only received twice a day for 4 days Tylenol 3. My hand and fingers were extremely swollen and I had extreme pain with fever but never any one care for me or answer my Medical Requests to be seen. My fingers were getting blueish for the bandage being so tight but all R.N on the Medical Rounds never attended my need and complaints.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting punitive damages for the amount of $60,000.00 (sixthy thousand dollars 00/100) Due to pain & suffering as well as psychological suffering due to anxiety and stress for the amount of $50,000 = (Fifthy Thousand dollar 00/100) A Total of $110,000 = (one Hundred Ten Thousand dlls.) in all.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes   yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Allenwood United States Penitentiary, Federal Bureau of Prisons

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No
☐ Do not know

If yes, which claim(s)?

_____
_____
_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes
☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Through my unit Counselor of unit 1B I intended a formal BP-8 Complaint (Mr. Houser-Counselor 1-B) at Allenwood United States Penitentiary

2. What did you claim in your grievance?

The swolling, Pain, Fever and suffering due to not getting After Care from medical Services and also the Failure from medical to give me instructions for curing/cleaning

3. What was the result, if any?

None. Medical Services Relay only on one P.A (Mr. Craig) to oversee inmates housed in the SHU and P.A Craig Had been gone on Vacations so no one ever care to treat me.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

My Counselor intended to send a regular E-Mail to Mr. Magyar (Head of Medical Services) but never got an answer Himself. (Counselor 1B Mr. Houser)

8

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

I tried Following the rest of steps to complaint but were not ever brought to me to file, and it's why I decided to start this Legal Action.

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I did file grievance ECH/(BPB) and also inform the Following C.Officers of my Medical Needs & suffering: Lt. Hamilton, Cptn. Feltman, RN Donlin, C.O Hendrix, C.O Wolfe, CO White, C.O Thompson every day from Nov 4-2016 up to Nov 21st 2016. They can not help since there is not their Dept.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Every Time a Nurse or P.A was on D Range of the SHU (where I Live) I intended and Attempt to get their Help but All of them Claimed Not to know what to do (P.A Gaylord, PA Donlin, PA Martinez, RN Rusell

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

There is no copies of Filed claims since the SHU Does not provides legal carbon copie Files, neither Medical Services

**VIII. Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    3. Docket or index number

    _____

    4. Name of Judge assigned to your case

    _____

    5. Approximate date of filing lawsuit

    _____

    6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec-16th, 2016

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Ernesto José Chávez Rodriguez
Prison Identification #: 67221079
Prison Address: Allenwood United States Pen. PO Box 3500
White Deer       PA       17887
    City         State      Zip Code

### B. For Attorneys

Date of signing: ~~Dec-16th, 2016~~

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____

12

Address  _____

Telephone Number  _____

E-mail Address  _____

Dec-16-2016

Office of the Clerk
United States District Court
Middle District of Pennsylvania

Ernesto José Chávez Rodríguez
Reg Nº 67221079
P.O Box 3000
White Deer, PA 17887

I would like to Apologize for all the errors that I commited while filing the documents attached for the current claim.

Unfortunately I am being hold in the segregation unit awaiting to be transfer, that being so does not allowes me to obtain the right material to fix my errors and scratches on this documents.

Again I apologized for the mistakes and any inconvenience this may cause.

Sincerely,

Ernesto J. Chavez R.
Reg. N 67221079

