IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNESTO JOSE CHAVEZ RODRIGUEZ, | : | Civil No. 3:16-cv-2531 |
| | : | |
| Plaintiff | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES BUREAU OF PRISONS, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 16th day of February, 2018, upon consideration of Plaintiff's motion (Doc. 27) for leave to amend, and in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 26) for leave to amend the original claim and add three new Defendants is **GRANTED**.

2. The Clerk of Court is directed to **ADD** C. Craig, Brian Buschman, and T. Wickman as Defendants in this action.

3. The Clerk of Court is specially appointed in accordance with Federal Rule of Civil Procedure 4(c)(3) to serve a copy of the complaint (Doc. 1) and amendment (Docs. 27, 28), Notice of Lawsuit and Request to Waive Service of Summons (form AO 398), Waiver of the Service of Summons (form AO 399), and this Order on Defendants C. Craig, Brian Buschman, and T. Wickman. The Clerk of Court shall serve these documents on Defendants C. Craig, Brian Buschman, and T. Wickman.[1]

---

[1] In the interests of efficient administrative judicial economy, the Court requests that Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d).

4. The pending motion (Doc. 14) to dismiss and for summary judgment is **DISMISSED** as moot, but without prejudice to Defendants' right to renew the motion as to the original and amended claims, and original and newly named Defendants.

5. Defendants shall **FILE** a responsive pleading in the manner set forth in the Federal Rules of Civil Procedure.

Robert D. Mariani
United States District Judge