# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNESTO JOSE CHAVEZ RODRIGUEZ, | Civil No. 3:16-cv-2531 |
| Plaintiff | (Judge Mariani) |
| v. | |
| UNITED STATES BUREAU OF PRISONS, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 30th day of April, 2018, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 31) to appoint counsel is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge